# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 54

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DIAMOND HARPER. | ) | |
| | ) | |

**THIS MATTER** is before the undersigned, pursuant to a letter (#22) sent by Defendant requesting that he be allowed to withdraw his plea of guilty and for substitute counsel to be appointed to represent him. This matter is also before the Court pursuant to an Unopposed Motion to Withdraw *Pro Se* Motion (#23) filed by counsel for Defendant. At the call of this matter on for hearing it appeared that Defendant was present with his attorney Fredilyn Sison, and the Government was present through AUSA David Thorneloe. The undersigned made an inquiry of the Defendant to determine whether or not Defendant did, in fact, wish to withdraw his plea of guilty and for there to be a substitution of counsel. The Defendant advised the undersigned it was his desire that the motion to withdraw his plea of guilty and for substitute counsel to be appointed be withdrawn and it was Defendant's own voluntary desire that such withdrawal be allowed and he had not had any undue influence or pressure placed upon him in that regard.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Withdraw *Pro Se* Motion (#23) is **ALLOWED** and motions as set forth in document (#22) are considered to be **WITHDRAWN** and are **MOOT**

Signed: September 29, 2016

Dennis L. Howell
United States Magistrate Judge